UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:98-cr-00093-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **DARIUS KEITH RAINEY,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on a pro se letter (#107) in which defendant asks the Court to convert the balance of his sentence of incarceration into home detention. For cause, defendant states that he is needed at home to help his spouse so they do not lose their apartment. Defendant's letter was mailed June 28, 2018, some eight days after the Final Supervised Release Revocation Hearing was conducted on June 20, 2018, but before Judgment (#106) was entered July 3, 2018. Thus, the Court deems that the request was filed the date it was mailed from the detention facility.

While this Court is not unsympathetic to defendant's desire to get home and help, defendant remains represented by Mr. Carpenter, a very skilled advocate; thus, any request or motion must come through counsel. L.Cr.R.47.1(g).

**ORDER**

**IT IS, THEREFORE, ORDERED** that to the extent defendant seeks modification of the Judgment in his pro se letter (#107), the request is **DENIED** without prejudice.

Signed: July 10, 2018



Max O. Cogburn Jr
United States District Judge

1